ORIGINAL

# United States District Court

### NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. Atlanta

AUG 2 5 2008

UNITED STATES OF AMERICA

v.

**ERIBERTO ESCOBAR**

CRIMINAL COMPLAINT    JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

CASE NUMBER:    1:08-MJ-0974

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>July 31, 2008</u>, in <u>Fulton</u> County, in the Northern District of Georgia defendant(s) did,

move and travel in interstate commerce between Georgia and Houston, Texas to avoid prosecution for the crime of rape, which is a felony under the laws of the state of Georgia;

**ISSUED AND DELIVERED
TO U.S. MARSHAL**

BY: _____
**DEPUTY CLERK**

in violation of Title <u>18</u> United States Code, Section(s) <u>1073</u>.

I further state that I am a(n) Special Agent with the FBI and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof.    (X) Yes    ( ) No

Signature of Complainant
Chad Fitzgerald
Federal Bureau of Investigation

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

| | | |
|---|---|---|
| <u>August 25, 2008</u> | at | <u>Atlanta, Georgia</u> |
| Date | | City and State |

Russell G. Vineyard
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

AUSA Mary C. Roemer

AFFIDAVIT

1. Your affiant, Chad Fitzgerald, is a special agent with the Atlanta office of the Federal Bureau of Investigation.

2. On August 21, 2008, Detective Aurelio Feliberty, fugitive team, Atlanta Police Department, advised the affiant as follows:

(a) On July 31, 2008, a bench warrant was issued in Fulton County Magistrate Court charging ERIBERTO ESCOBAR, with the crime of Rape, a felony in the state of Georgia.

(b) Detective Feliberty received information from a confidential source (family member) that Escobar fled to Texas to live with his brother.

(c) Using public databases, Detective Feliberty located a brother of Escobar's living in Houston, Texas.

3. Atlanta Police Department, Atlanta, Georgia and will extradite Escobar from any jurisdiction in which he is apprehended.

# CRIMINAL WARRANT                              **Warrant No: EW022029**

## MAGISTRATE COURT OF FULTON COUNTY: GEORGIA, Fulton County

### AFFIDAVIT FOR ARREST
#### (Ga. Code Ann. 17-4-45)

Personally came **JARVIS  JACKSON** , who on oath says that to the best of his/her knowledge and belief ERIBERTO  ESCOBAR (hereinafter called the accused) between **3/1/2006** at **15:00** and **1/1/2008** at **15:00**, at **1940 FISHER RD #57A, ATLANTA** in FULTON county aforesaid, did commit the offense of **RAPE 16-6-1** , in that said **said accused did have carnal knowledge of ENELFA DURAN GARCIA, a female, forcibly and against her will THROW HER ON A SOFA, REMOVE HER PANTS AND UNDERWEAR, HOLD HER HANDS DOWN  AND RAPE HER THEN CONTINUE TO RAPE THE 12 YEAR OLD VICTIM MULTIPLE TIMES FROM MARCH 2006 TO JANUARY 2008. USING A THREAT TO TELL HER MOTHER SHE CAME ON TO HIM.** and this deponent makes this affidavit that a warrant may issue for his/her arrest.

Sworn to and subscribed before me,

_____           _____
Prosecutor/Affiant: JARVIS  JACKSON        Deputy Clerk/Judge
                                           MAGISTRATE Court of Fulton County

### STATE WARRANT FOR ARREST

STATE WARRANT FOR ARREST

#### (Ga. Code Ann. 17-4-46)

To any Sheriff, Deputy Sheriff, Coroner, Constable, Police Officer, Law Enforcement Officer or Marshal of said State **GREETING**:

For sufficient causes made known to the Deputy Clerk of this Court (as authorized by Acts 1922, p. 207), you are therefore commanded to arrest the body of the said accused named in the foregoing affidavit, charged with the offense of: **RAPE 16-6-1** and bring him/her before me or some other judicial officer of this State, to be dealt with as the law directs, **HEREIN FAIL NOT**.

This  31 day of July, 2008 at 09:09:00 PM

_____
JUDGE,MAGISTRATE COURT OF FULTON COUNT

## WITNESSES FOR THE STATE

Name:
Address:
Phone: (w) __ (h) __

Name:
Address:
Phone:

Name:
Address:
Phone:

Name:
Address:
Phone:

NOTES:

*************************************

---

**GEORGIA, Fulton County:**
After hearing evidence the accused is

Discharged _____

This _____ , 20 ____ .

**JUDGE, MAGISTRATE COURT-FULTON CO.**

DISMISSED _____

This _____ , 20 ____ .

**JUDGE, MAGISTRATE COURT-FULTON CO.**

*************************************

**GEORGIA, FULTON COUNTY:**
After hearing evidence it is ordered that
the accused give bond of $ **BOND DENIED** dollars for his/her
appearance at the STATE COURT /SUPERIOR COURT of said
County now in session, to answer to the Charge of: **RAPE 16-6-1** or
in default that they be committed to jail
This is _____ day of _____ , 20 ____ .

**JUDGE, MAGISTRATE COURT-FULTON CO.**

*************************************

**GEORGIA, FULTON COUNTY:**
Executed the within warrant by
arresting the defendant, Executed this _____ day of
_____ , 20 ____ . By _____

**ARRESTING OFFICER(S)**

---

# MAGISTRATE COURT OF FULTON COUNTY

No. **EW022029**
CRIMINAL WARRANT
THE STATE
versus
**ERIBERTO ESCOBAR**

| RACE | D.O.B | SEX | HGT | WGT |
|---|---|---|---|---|
| H | 10/17/1977 | Male | 5ft6in | 190 |

ADDRESS: 1144 MORELAND DR
ATLANTA GA 30315Unknown

BUS ADDRESS:

PHONE NUMBER: (h) (w)

IN CUSTODY: No

**BOND $ BOND DENIED**

**CHARGE: 16-6-1 RAPE**

PROSECUTOR NAME & ADDRESS:
JARVIS JACKSON
CITY HALL EAST 7FLR
Atlanta GA 30308

PHONE NUMBER: 404-895-1078

ATTY/PROSECUTOR: NAME/ADDRESS/PHONE

PROSECUTOR NOTIFIED BY:

DATE: / / TIME: AM/PM

PERSON NOTIFIED:

| | | | |
|---|---|---|---|
| | | | |
| | | | |

CALENDAR DATE AND NUMBER

CASENO# 081671789